**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 95-20993**
**Summary Calendar**
_____

**In the Matter of: RHI HOLDINGS, INC.; HILLTOP DEVELOPERS,**

**Debtors,**

_____

**BARRY G. HITTNER**

**Appellee,**

**versus**

**SAMMY JO REEDER,**

**Appellant.**

_____

**Appeal from the United States District Court**
**for the Southern District of Texas**
**(CA-H-95-3296)**
_____

June 25, 1996

Before DAVIS, JONES and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Sammy Jo Reeder appeals the district court's affirmance of the dismissal by the bankruptcy court of her objection to the claim by American Universal Insurance Company in the Chapter 11 bankruptcy proceeding of RHI Holdings, Inc. Pursuant to our *de novo* review, we conclude that Reeder's objection was properly dismissed, because

---

[*]    Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

she does not have a pecuniary interest in the distribution of RHI's estate and is not a party in interest under the Bankruptcy Code, 11 U.S.C. §§ 502(a) & 1109(b). Reeder is neither a creditor nor a shareholder of RHI. (We note that the identical objection filed jointly with Reeder by Interstate Underground Warehouse & Industrial Park, Inc., of which she is the sole shareholder, remains (was not dismissed), because RHI had scheduled Interstate as a creditor.) For essentially the reasons stated by the district court, the judgment is

**AFFIRMED.**